BUTLER BROS. v. UNITED STATES.

(Circuit Court, N. D. Illinois.   May 27, 1910.)

No. 29,728 (2,088).

CUSTOMS DUTIES (§ 44*)—CLASSIFICATION—SHIDA BASKETS—SIMILITUDE.

Shida baskets, composed of vegetable fiber derived from ferns, are not dutiable by similitude as manufactures of grass, etc., under Tariff Act July 24, 1897, c. 11, § 1, Schedule N, par. 449, 30 Stat. 193 (U. S. Comp. St. 1901, p. 1678).

[Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 44.*]

On Application for Review of a Decision by the Board of United States General Appraisers.

In the decision below the Board of General Appraisers overruled protests of Butler Bros. against the assessment of duty by the collector of customs at the port of Chicago on so-called shida baskets, which are composed of a vegetable fiber consisting of part of the primary axis growing above ground of a fern. These articles were classified as manufactures of wood under Tariff Act July 24, 1897, c. 11, § 1, Schedule D, par. 208, 30 Stat. 168 (U. S. Comp. St. 1901, p. 1647). The importers contended for classification by similitude as manufactures of grass, etc., under Schedule N, par. 449. The Board of General Appraisers overruled this contention, but did not approve the assessment of duty that had been made by the collector, being of the opinion that the goods should have been classified by similitude as manufactures of willow under Schedule D, par. 206.

Lester C. Childs, for importers.

Edwin W. Sims, U. S. Atty., and D. Frank Lloyd, Asst. U. S. Atty. Gen. (William A. Robertson, of counsel), for the United States.

CARPENTER, District Judge.   Decision affirmed.